UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GERALD DEMARSH, SR.,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | CIVIL ACTION NO. |
| VS.           ) | |
| ) | 3:10-CV-0010-G (BH) |
| LORRAINE RAGGIO, ET AL.,           ) | |
| ) | **ECF** |
| Defendants.           ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

By separate judgment, the court formally dismisses this action pursuant to 28 U.S.C. § 1915(e)(2)(B) and issues an appropriate sanction warning as recommended by the United States Magistrate Judge.

**SO ORDERED**.

March 1, 2010.

_____
**A. JOE FISH**
**Senior United States District Judge**